STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
STEPHEN J. NEWMAN (State Bar No. 181570)
DAVID W. MOON (State Bar No. 197711)
A.R. KACHADOORIAN (State Bar No. 240601)
2029 Century Park East
Los Angeles, California  90067-3086
Telephone: 310-556-5800
Facsimile:  310-556-5959
Email:  lacalendar@stroock.com

Attorneys for Defendants
  CHASE BANK USA, N.A., JPMORGAN
  CHASE & CO., AND CHASE ISSUANCE
  TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:  Chase Bank USA, N.A. "Check Loan" Contract Litigation | Case No. M:09-cv-02032-MMC<br><br>[Assigned to the Hon. Maxine M. Chesney]<br><br>[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS' RESPONSE TO ALL COMPLAINTS AND RESETTING CASE MANAGEMENT CONFERENCE<br><br>(THIS DOCUMENT APPLIES TO ALL ACTIONS) |

1      **[PROPOSED]** ORDER

2      Having reviewed Defendants' Administrative Motion to Extend Time for Defendants'
3 Response to All Complaints and Reset Case Management Conference (the "Motion") filed by
4 defendants CHASE BANK USA, N.A., JPMORGAN CHASE & CO. and CHASE ISSUANCE
5 TRUST (collectively, "Defendants") on July 6, 2009, and good cause having been shown,
6      IT IS HEREBY ORDERED that:
7  1.   The Motion is GRANTED; and
8  2.   Defendants' time to respond to all complaints filed in or transferred to this Court by order
9       of the Judicial Panel on Multidistrict Litigation is extended until the dates set forth below;
10      and
11 3.   The August 21, 2009 case management conferences presently scheduled in the four actions
12      commenced in this judicial district, <u>Moon v. Chase Bank USA, N.A.</u>, No. 2:09-CV-01213;
13      <u>Moore v. Chase Bank USA, N.A.</u>, No. 09-CV-0348; <u>Sauer v. Chase Bank USA, N.A.</u>, 09-
14      CV-0809; and <u>Stockton v. Chase Bank USA, N.A.</u>, No. 09-CV-0587, all of which were
15      previously deemed related by the Court, are adjourned; and
16 4.   A case management conference is hereby scheduled for July 31, 2009, at 10:00 a.m. /~~p.m.~~
17      for all cases filed in or transferred to this District for inclusion in <u>In re: Chase Bank USA,</u>
18      <u>N.A. "Check Loan" Contract Litigation</u>, No. M:09-cv-02032-MMC; and
19 5.   Leave to file a consolidated amended complaint is granted as to any or all plaintiffs. If all
20      or some plaintiffs elect to file a consolidated amended complaint, the consolidated amended
21      complaint or complaints shall be filed by July 24, 2009; and
22 6.   If Defendants move to compel arbitration of any or all of the complaints, such motion will
23      be filed by August 31, 2009; and
24 7.   Any other response to any complaint or complaints shall be filed by Defendants by
25      September 21, 2009; and
26 8.   No later than July 24, 2009, the parties shall file a Joint Case Management Statement; and

1  ~~8.~~ 9.  Defendants shall give notice of this Order to all parties in all proposed tag-along cases, and shall file proof of such service no later than July 23, 2009.

2  ~~IT IS SO ORDERED.~~

4  Dated: July 10, 2009

5  _____
United States District Judge Maxine M. Chesney

6  Submitted by:

7  STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
8  STEPHEN J. NEWMAN (State Bar No. 181570)
DAVID W. MOON (State Bar No. 197711)
9  A.R. KACHADOORIAN (State Bar No. 240601)

10  2029 Century Park East
Los Angeles, California 90067-3086
11  Telephone: 310-556-5800
Facsimile: 310-556-5959

13  By:   */s/ Stephen J. Newman*
_____
Stephen J. Newman
14  Attorneys for Defendants
CHASE BANK USA, N.A., JPMORGAN
CHASE & CO., AND CHASE ISSUANCE
15  TRUST